| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) |
| | United States Attorney |
| 2 | |
| | BARBARA J. VALLIERE (DCBN 439353) |
| 3 | Chief, Criminal Division |
| 4 | BRIGID S. MARTIN (CABN 231705) |
| | Assistant United States Attorney |
| 5 |     1301 Clay Street, Suite 340S |
| |     Oakland, California 94612 |
| 6 |     Telephone: (510) 637-3680 |
| |     FAX: (510) 637-3724 |
| 7 |     Brigid.Martin@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 17-00140 HSG |
| | ) | |
|    Plaintiff, | ) | ORDER EXCLUDING TIME |
| | ) | UNDER THE SPEEDY TRIAL ACT |
|  v. | ) | |
| | ) | |
| JAYAVEL "JAY" MURUGAN, | ) | |
| SYED NAWAZ, and | ) | |
| DYNASOFT SYNERGY, INC., | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

Based on the assertions and agreement of the parties at the May 8, 2017 hearing, as set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time between May 8, 2017, and August 14, 2017, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 8, 2017, and August 14, 2017, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Stip. Req. and [Proposed] Order
CR 17-00140 HSG

Accordingly, IT IS HEREBY ORDERED that the time between May 8, 2017, and August 14, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: May 9, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. Req. and [Proposed] Order
CR 17-00140 HSG