UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 17-cr-00140-HSG-1 |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| JAYAVEL "JAY" MURUGAN, | Re: Dkt. No. 117 |
| Defendant. | |

On January 23, 2020, Defendant Jayavel "Jay" Murugan moved to withdraw his guilty plea to Count Eight of the Indictment, pursuant to his diversion agreement. *See* Dkt. No. 110. The Court granted the motion and ordered Count Eight dismissed as to Defendant Murugan. *See* Dkt. No. 114. The Court then issued an order to show cause why the remaining counts of the indictment should not be dismissed as to Mr. Murugan pursuant to the parties' agreement. *See* Dkt. Nos. 115, 116. The government subsequently filed a motion to dismiss Counts 1–7 and 9–26 of the Indictment as to Mr. Murugan. *See* Dkt. No. 117. The Court hereby **GRANTS** the motion, and the remaining counts of the Indictment as to Mr. Murugan are dismissed with prejudice. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 2/25/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge